UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| 360 SECURITY PARTNERS, LLC AND JASON PINSON, | ) ) ) |
| PLAINTIFFS, | ) CIVIL ACTION NO. 3:21-cv-3004-B ) |
| v. | ) ) |
| PAUL HAMMOND, | ) ) |
| DEFENDANT. | ) ) |

## MOTION TO DISMISS

Defendant, Paul Hammond ("Hammond" or "Defendant"), moves to dismiss all claims in Plaintiffs' Original Complaint ("Complaint") [Doc. 1]. As grounds, Hammonds states as follows:

1. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, each and every count of the Complaint fails to state a claim upon which relief can be granted.

   a. Plaintiffs' claims for breach of fiduciary duty do not contain sufficient factual matter, accepted as true, to state a claim for relief that is plausible on its face.

   b. Plaintiffs' claims for conversion collectively fail in part as a matter of law and in part because they duty do not contain sufficient factual matter, accepted as true, to state a claim for relief that is plausible on its face.

2. Plaintiff's request for declaratory relief fails because based on Plaintiffs' allegations, there is no case or controversy under 22 U.S.C. §2201.

3. In support of this motion, Hammond incorporates his Brief in support of this Motion and an appendix of documents submitted by Hammond. The documents in the appendix are proper for consideration of this motion under applicable law as discussed in Hammond's Brief.

WHEREFORE, Hammond respectfully requests that the Court dismiss all claims of the Complaint and Plaintiffs' request for declaratory relief.

Respectfully submitted,

*/s/ Jeffrey E. Holmes*
**JEFFREY E. HOLMES (asb-6330-171j)**
*(PHV Application Pending)*
**Counsel for Defendant Paul Hammond**

**OF COUNSEL:**
BOLES HOLMES WHITE LLC
1929 3rd Avenue North, Suite 500
Birmingham, Alabama 35203
Phone: (205) 403-5713
Fax: (205) 847-1285
E-mail: jholmes@bhw.law

David A. Buono, II
SAVRICK SCHUMANN JOHNSON MCGARR
 KAMINSKI & SHIRLEY, LLP
State Bar No. 24001806
4621 Ross Avenue, Suite 300
Dallas, Texas 75204
Phone: (214) 368-1515
Fax: (214) 292-9647
The Overlook at Gaines Ranch
4330 Gaines Ranch Loop, Suite 150
Austin, Texas 78735
Phone: (512) 347-1604
Fax: (512) 347-1674
E-mail: david@ssjmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, the foregoing *Motion to Dismiss* has been electronically filed with the Clerk of Court using the ECF system. I certify that the document was served on all known counsel of record electronically as authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jeffrey E. Holmes*
**JEFFREY E. HOLMES (asb-6330-171j)**
*(PHV Application Pending)*